**Order entered July 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00737-CV

### JOHN CRUZ, Appellant

### V.

### SEARS, ROEBUCK AND CO., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. C-13-04113-B**

## ORDER

The Court has reviewed the clerk's record and supplemental clerk's record in this case. The appellant's notice of appeal states appellant wishes to appeal the trial court's order signed March 3, 2015 granting appellee's motion for summary judgment. Although the clerk's record includes an order signed March 3, 2015 denying appellant's motion for summary judgment, the clerk's record does not include the March 3, 2015 order granting appellee's motion for summary judgment. Accordingly, we **ORDER** John Warren, Dallas County Clerk, to prepare and certify **within five (5) days of the date of this order** a supplemental clerk's record including the trial court's March 3, 2015 order granting appellee's motion for summary judgment.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE